# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:08-cv-02544-ERK-CLP

Wigal v. Davol Inc. et al
Assigned to: Senior Judge Edward R. Korman
Referred to: Magistrate Judge Cheryl L. Pollak
Cause: 28:1332 Diversity-Product Liability

Date Filed: 06/25/2008
Date Terminated: 08/14/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Jennifer Wigal**

represented by **Stephanie Hatzakos**
Milberg LLP
One Penn Plaza
New York, NY 10119
212-946-9386
Fax: 212-273-4314
Email: shatzakos@milberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.**

**Defendant**

**C.R. Bard Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/25/2008 | 1 | COMPLAINT against Davol Inc., C.R. Bard Inc. $ 350, filed by Jennifer Wigal. (Attachments: # 1 Civil Cover Sheet) (Davis, Kimberly) (Entered: 06/26/2008) |
| 06/25/2008 | | Summons Issued as to Davol Inc., C.R. Bard Inc.. (Davis, Kimberly) (Entered: 06/26/2008) |
| 07/01/2008 | 2 | WAIVER OF SERVICE Returned Executed by Davol Inc., C.R. Bard Inc.. Jennifer Wigal waiver sent on 6/26/2008, answer due 8/25/2008. (Hatzakos, Stephanie) (Entered: 07/01/2008) |
| 08/12/2008 | 3 | Copy of Letter 8/8/2008 from Dense Morgan-Stone of the U.S. Judicial Panel on Multidistrict Litigation to David A. DiMarzio, Clerk of the District of Rhode Island enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on July 23, 2008. |

| | | |
|---|---|---|
| | | The Panels governing statute, 28 U.S.C. § 1407, requires that the transferee clerk transmit a certified copy of the Panels order to transfer to the clerk of the district court from which the action is being transferred. (Marziliano, August) (Entered: 08/12/2008) |
| 08/14/2008 | 4 | Email from David A. DiMarzio, Clerk of District of Rhode Island requesting the Eastern District of New York to transfer cases to Rhode Island in accordance with CTO-25. (Marziliano, August) (Entered: 08/14/2008) |
| 08/14/2008 | | Case transferred to District of Rhode Island. Original file, certified copy of transfer order, and docket sheet sent. (Marziliano, August) (Entered: 08/14/2008) |
| 08/14/2008 | | CASE: 1:08-cv-02544DETAILS: Case transferred from New York Easternhas been opened in District of Rhode Islandas case 1:08-cv-02554, filed 08/14/2008. (Marziliano, August) (Entered: 08/14/2008) |
| 08/20/2008 | 5 | Letter dated 8/8/2008 from the JPMDL to David A. DiMarzio, Clerk, enclosing conditional transfer order 25 (CTO-25) and advising that the 15 day stay period has now elapsed, no opposition was received. (Attachments: # 1 CTO-25) (Barrett, C) (Entered: 08/22/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/08/2008 09:28:22 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:08-cv-02544-ERK-CLP |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |